472 A.2d 240

Farkaly v. Oldakowski.

Appeal of Liberty Mutual Insurance Company.

Submitted March 2, 1983. Lucille Marsh, for appellant; Richard S. Campagna, for appellee.

Before CERCONE, President Judge, and CAVANAUGH and WIEAND, JJ.

The order of the lower court is reversed and Liberty Mutual Insurance Company is entitled to intervene in the above captioned case, based upon its claim of subrogation under the Workmen's Compensation Act. Any amount recovered by Liberty Mutual Insurance Company must be calculated in accordance with the ruling of our Supreme Court in *Vespaziani v. Iasana*, 501 Pa. 612, 462 A.2d 669 (1983).